THE DIME SAVINGS BANK OF BROOKLYN, Respondent, v. 5208 THIRD AVENUE CORPORATION, Appellant; SEAVER BROTHERS and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ANTHONY DIMONE, Substituted in Place of ANTHONY DIMONE, an Infant, by MICHAEL DIMONE, His Guardian ad Litem, Respondent, v. WAYNE COUNTY PRODUCE COMPANY, a Domestic Corporation, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Lazansky, P. J., Kapper, Hagarty and Tompkins, JJ., concur; Young, J., dissents and votes to affirm.

THERESE DWELLE, Respondent, v. MARTHA C. KOPF, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.